# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0747. AMORWANDA CAMPBELL v. LESTER CAMPBELL.**
**A23A0748. AMORWANDA CAMPBELL v. LESTER CAMPBELL.**

On March 7, 2022, nunc pro tunc to February 22, 2022, the trial court entered a divorce decree dissolving the marriage of Amorwanda Campbell ("Wife") and Lester Campbell. On March 8, 2022, Wife filed a "Motion for Reconsideration/New Trial, Stay Judgment, and to Disqualify and/or Recuse." On May 3, 2022, Wife filed an application for discretionary appeal from the divorce decree. Nothing in the application materials indicated that the trial court had ruled on Wife's motion, and she did not comply with the interlocutory appeal procedures. Accordingly, we dismissed the application as premature. See Case No. A22D0376 (May 24, 2022).

Wife then filed a second application for discretionary appeal seeking review of the divorce decree, which we also dismissed as premature due to her failure to comply with the interlocutory appeal procedures. See Case No. A23D0045 (Sept. 19, 2022). Wife has now filed two appeals, Case Nos. A23A0747 and A23A0748, seeking to appeal the divorce decree and the trial court's order denying her motion. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this is a domestic relations case, Wife was required to comply with the discretionary appeal procedure to obtain review of the trial court's order denying her motion. Her failure to do so deprives us of jurisdiction over these

direct appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   *02/08/2023*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*       *, Clerk.*